# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 11, 2019

159961

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JERRICO KEYSHON TIMMONS,
      Defendant-Appellant.

_____/

SC: 159961
COA: 348328
Oakland CC: 2018-266065-FH

On order of the Court, the application for leave to appeal the May 28, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 11, 2019



Clerk

a1204